UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-191-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL LEONARD WOODARD, JR. | ) | |

For good cause shown, the government's motion to seal the Notice of Withdrawal at Docket Entry 62 is hereby GRANTED, except that copies of the Notice shall be provided to the United States and Defendant.

SO ORDERED.

This the 25 day of June, 2012.

TERRENCE W. BOYLE
United States District Judge